# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| ELIJAH WHALEY, | Case No. 3:22-cv-00355 |
| Plaintiff, | District Judge Michael J. Newman |
| vs. | Magistrate Judge Caroline H. Gentry |
| TRANSUNION, LLC, | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter is before the Court on the parties' Joint Motion for Stay of Proceedings (Doc. No. 50). For the reasons stated by the parties, and for good cause shown, the Court **GRANTS** the Motion and temporarily **STAYS** this litigation for ninety days while the parties participate in settlement negotiations.

The parties should contact Judge Newman's chambers if they would like to engage in court-facilitated mediation. The parties are **ORDERED** to file a joint status report every thirty days during settlement negotiations. Additionally, the parties shall promptly notify the court when they have resolved the case or when they determine that they intend to proceed with litigation. On August 21, 2024 the stay will be lifted, and this case will return to the Court's active docket.

**IT IS SO ORDERED**.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge