IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| ELIJAH WHALEY, | : Case No. 3:22-cv-00355 |
| Plaintiff, | : District Judge Michael J. Newman |
| vs. | : Magistrate Judge Caroline H. Gentry |
| TRANSUNION, LLC, | : |
| Defendant. | : |

## ORDER CONTINUING THE STAY OF PROCEEDINGS

This matter is before the Court upon sua sponte review of the stay deadline. On May 22, 2024 the Court stayed this case for ninety days for the purpose of allowing the parties to participate in settlement negotiations. (Order Granting Joint Motion to Stay Proceedings, Doc. No. 52.) The Court also ordered the parties to file joint status reports every thirty days. (*Id.*)

In their most recent status report filed August 20, 2024, the parties stated that they are actively continuing settlement negotiations. (Joint Status Report, Doc. No. 55 at PageID 2157.) To allow the parties to continue settlement negotiations, the Court hereby **ORDERS** that the stay of this litigation shall continue for an additional forty-five days.

The Court also **ORDERS** the parties to continue to file joint status reports pursuant to this Court's May 2024 Order. Additionally, the parties shall promptly notify the Court when they have resolved the case or when they determine that they intend to

2

proceed with litigation. Unless otherwise ordered by the Court, the stay will be lifted on November 12, 2024, and this case will return to the Court's active docket.

**IT IS SO ORDERED**.

        *s/ Caroline H. Gentry*
        Caroline H. Gentry
        United States Magistrate Judge