# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ELIJAH WHALEY, | : | Case No. 3:22-cv-00355 |
| Plaintiff, | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| TRANSUNION, LLC, | : | |
| Defendant. | : | |

## ORDER CONTINUING THE STAY OF PROCEEDINGS

This case is before the Court on its own review. In May 2024, the Court stayed the case to allow the parties to participate in settlement negotiations. (Doc. No. 52.) The parties were ordered to file joint status reports every thirty days. (*Id.*) Direct negotiations between the parties have been ongoing. (Doc. Nos. 53-57, 59-60, 68.)

In December 2024, the Court directed the parties to engage in a Court-facilitated mediation. (Doc. Nos. 61, 63.) That mediation is currently scheduled for March 14, 2025. (Doc. No. 67.) The parties have agreed to attend this mediation in good faith. (Doc. No. 68 at PageID 2319.)

Accordingly, the Court hereby **EXTENDS** the stay of this litigation until April 1, 2025. The Court **SUSPENDS** the requirement that the parties file joint status reports. If the parties resolve this dispute before the scheduled mediation, however, then they shall promptly inform the Court.

**IT IS SO ORDERED**.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge